## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                  Case No.: 2:25-mc-50035

v                                    Hon. Nancy G. Edmunds

JEFFREY BEASLEY,

      Defendant,

and

FLORIDA A&M UNIVERSITY,

      Garnishee.

_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Jeffrey Beasley, Social Security No. ***-**-1810, whose last known address is: REDACTED, Tallahassee, FL 32308, in Case No.: 12CR20030 01 in the amount of $400,000.00, plus post judgment interest at the rate of 0%. The sum of $3,151.09 has been credited to the judgment debt, leaving a total balance due of $397,248.91 (without the post-judgment accrual of interest) as of January 14, 2025. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from January

14, 2025, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

> Florida A&M University
> Office of Payroll Accounting
> 1700 Lee Hall Drive, 201 FHAC
> Tallahassee, FL 32307

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment. The United States will serve the debtor by regular mail at the last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F) and 3572(d)(3) and 3664(k).

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ Aleksandrs K. Bomis
ALEKSANDRS K. BOMIS
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9104
E-mail: Aleksandrs.Bomis@usdoj.gov
Date: January 14, 2025                    Bar No.: (P74311)