UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA.

     Plaintiff,

                                           CASE NO.:  2:25-MC-50035

v.                                   HON. NANCY EDMUNDS

JEFFREY BEASLEY

     Defendant,

and

FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY, BOARD OF TRUSTEES

_____Garnishee_____/

## AMENDED ANSWER OF GARNISHEE

_____    The above-named Defendant terminated employment on _____.
_____    The above-named Defendant was never employed by Garnishee.

       If one of the above applies, check the appropriate box, and you are not required to complete the remainder of this form, except for signing the form before a notary.  The form must be returned within twenty (20) days from the service of the Writ of Garnishment.

       If the above **do not** apply, complete this form:

       This is Garnishee's Answer to Continuing Writ of Garnishment received by the General Counsel's Office on March 27, 2025. Since being served, the Garnishee has delivered to the Defendant only that portion of the Defendant's earnings authorized to be delivered to the Defendant pursuant to the instructions accompanying this form, and the Garnishee further states that the statements in this answer are true and correct as set forth below:

       (a)    The pay period for the Defendant is (*designate one*):

            \_\_\_\_\_ weekly     \_\_X\_\_ bi-weekly     \_\_\_\_\_ other
            \_\_\_\_\_ semi-weekly    \_\_\_\_\_ monthly

       (b)    Answer covers earnings for pay period beginning January 17, 2025, and ending on January 30, 2025, which includes the day on which the Writ of Garnishment was served.

       (c)    The total gross earnings due for the above pay period are:  $ 2,030.42

(d)     Amounts required by law to be withheld for the above pay period are:

      1.     Federal Social Security Tax/Medicare:          $ 154.05

      2.     Federal Income Tax:                                      $ 150.15

      3.     Retirement:                                                   $ 60.91

      4.     Child Support or other deductions required by law:  $ 0.00

Describe:

*(Do not include voluntary deductions for life insurance or credit union payments.)*

                            **Total:**     $ 365.11

(e)     Disposable earnings for the above pay period are:          $ 1,665.31

(f)     In accordance with the instructions accompanying this Answer form, and due to a pre-existing garnishment in the amount of $249.80, the Garnishee has determined that the amount that must be paid to the Plaintiff is:

                            $ 166.53

(g)     So long as Defendant is owed wages, Garnishee will continue to withhold such sums as are required by the attached instructions.

Signature of Garnishee
Name: Kentayvia Coates
Florida Bar No.: 1002389
Title:  Associate General Counsel

Subscribed and sworn to me this 8th
day of May , 2025.

*(Notarial Seal)*

NOTARY PUBLIC

MY COMMISSION EXPIRES:

January 4, 2027

Frances Butler
Comm.: HH 340013
Expires: January 4, 2027
Notary Public - State of Florida

2

## DEMAND FOR GARNISHMENT FEE

The Garnishee requests that fees be released from the registry of the Court (paid to the order of the Office of the General Counsel, c/o Kentayvia Coates, Associate General Counsel) for partial payment of its attorney's fees pursuant to §77.28, Florida Statutes, as amended. The amount requested is $100.00. The Garnishee also requests that it be permitted to charge $5.00 of the Defendant's wages for the first deduction and $2.00 for each deduction thereafter to offset its costs in processing the garnishment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Answer of Garnishee has been sent by e-mail to: **Aleksandrs K. Bomis, AUSA**, *Attorney for Plaintiff,* and by U.S. Mail to **Jeffrey Beasley**, 16008 Eagles Landing Blvd, Tallahassee, FL 32308, *Defendant*, this 8ᵗʰ day of May, 2025.

Kentayvia Coates
Florida Bar No.:  1002389
kentayvia.coates@famu.edu
Associate General Counsel
Office of the General Counsel
1700 Lee Hall Drive
Foote-Hilyer Administration Center Ste 304
Tallahassee, FL 32307

### Notice of Designation of E-Mail Address

Kentayvia Coates, as Associate General Counsel for Office of the General Counsel, hereby gives this notice, pursuant to Florida Rule of Judicial Administration 2.516(b)(1) of the designation of the following e-mail addresses and designates the following e-mail addresses for service by electronic mail: kentayvia.coates@famu.edu, as primary and ogc@famu.edu, as secondary.



*Excellence With Caring*

**Florida A&M University**

OFFICE OF THE GENERAL COUNSEL

TALLAHASSEE, FLORIDA 32307-3100

Theordore Levin
Theodore Levin - U.S. Courthouse
231 W. Lafayette Blvd.
Room 599
DETROIT MI 482262700



Extremely Urgent

100% Recycled fiber
80% Post-Consumer

Visit **ups.com®** or call 1
to schedule a pickup or

**Domestic Shipments**
- To qualify for the Letter rate, U
  correspondence, urgent docu
  weigh 8 oz. or less. UPS Expre
  those listed or weighing more

**International Shipments**
- The UPS Express Envelope ma
  value. Certain countries consi
  ups.com/import/export to vei

- To qualify for the Letter rate, t
  UPS Express Envelopes weighi

Note: Express Envelopes are no
containing sensitive personal in
or cash equivalent.

**Window E**
Use this envelope wil
or inkjet printer on pla

CORNELIA COLLINS
850-599-3591
FLORIDA A&M UNIVERSITY
1800 WAHNISH WAY
TALLAHASSEE FL 32307

LTR         1 OF 1

SHIP TO:
THEODORE LEVIN - U.S. COURTHOUSE
THEODORE LEVIN
ROOM 599
231 W. LAFAYETTE BLVD.
**DETROIT MI 48226-2700**

**MI 483 0-03**

**UPS NEXT DAY AIR**          **1**
TRACKING #: 1Z A96 20E 01 9892 2686

BILLING: P/P

Department Account Number: 330100
Department Name: Office of the General Counsel

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2

THEODORE LEVIN
231 W LAFAYETTE BLVD
RM 599
DETROIT MI 48226

P:GREEN    S:3
OOO — 1020
1ZA9620E019892           2080