UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　Case No.: 2:25-mc-50035
v　　　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds

JEFFREY BEASLEY,

        Defendant,
and

FLORIDA A&M UNIVERSITY

        Garnishee.
_____/

## GARNISHEE ORDER TO PAY

This matter is before the Court upon the Unopposed Motion for Final Order of Continuing Garnishment. The Writ of Continuing Garnishment was issued on January 14, 2025, and served on all potentially interested parties on January 29, 2025. ECF No. 2 and 3. The Garnishee, Florida A&M University, filed an Answer and an amended Answer disclosing it has possession, custody, or control, of property of the Defendant, Jeffrey Beasley, in the form of wages. ECF No. 4 and 5. Further, the Garnishee, Florida A&M University, requested fees related to attorney fees and processing costs pursuant to Fla. Stat. § 77.28. ECF No. 5, PageID.30. According to the Government, on conference, the Garnishee, Florida A&M University, has waived this request, rendering the issue **MOOT**.

The Defendant, Jeffrey Beasley, has not objected or otherwise requested a hearing on the garnishment and the statutory period to do so has expired. *See* 28 U.S.C. § 3202(d).

NOW THEREFORE,

**IT IS HEREBY ORDERED** that from the date of the Garnishee, Florida A&M University's, receipt of the Writ of Continuing Garnishment, March 27, 2025, the Garnishee, Florida A&M University's, shall withhold 25% of Jeffrey Beasley's net disposable earnings[1] (including salary, commission, bonus or other pay) each pay period in accordance with the provisions of 15 U.S.C. §1673(a); and

**IT IS FURTHER ORDERED** that from the amount identified above, the Garnishee, Florida A&M University, shall subtract the required pre-existing garnishment amount ($249.80) and remit the remainder funds[2] to the "Clerk of the

---

[1] To calculate net disposable earnings, subtract the following from the gross wage amount: 1) Federal income tax; 2) FICA tax; 3) State income tax; and 4) State statutory withholdings.

[2] To calculate remainder funds to be forwarded to the Clerk:

| | |
|---:|:---|
| Total Gross earnings per pay period = | A |
| Federal income tax = | B |
| FICA tax = | C |
| State income tax = | D |
| State statutory withholdings = | F |
| (B + C + D + F) Total Withholdings = | E |
| A - E = | Disposable Income |
| Disposable Income x 0.25 = | Unadjusted Garnishment Amount (UGA) |
| UGA - 249.80 = | **Remainder Funds** |

2

Court (USDC – EDMI)", at Theodore Levin U.S. Courthouse, Attn: Financial, 231 W. Lafayette Blvd., Rm 599, Detroit, MI 48226; and

**IT IS FURTHER ORDERED** that that this order shall remain in effect until (1) the debt imposed in this case is paid in full; (2) the Garnishee no longer has custody, possession or control of any property belonging to Defendant Judgment-Debtor, Jeffrey Beasley; or (3) further Order of the Court; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse said funds in accordance with the provision of the judgment in Case No. 12CR20030 01.

**IT IS SO ORDERED.**

Dated: 6-25-25

_Nancy G. Edmunds_
Hon. Nancy G. Edmunds
United States District Judge